# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: CLIFF W. CHAPPELL & NICOLE M. CHAPPELL   Case Number: 04-75627
8416 VICTORY LANE   SSN-xxx-xx-3075 & xxx-xx-5773
MACHESNEY PARK, IL  61115

Case filed on: 11/12/2004
Plan Confirmed on: 1/21/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $18,380.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | LAW OFFICE OF MACEY & ALEMAN | 1,500.00 | 1,500.00 | 1,500.00 | 0.00 |
|  | Total Legal | 1,500.00 | 1,500.00 | 1,500.00 | 0.00 |
| 005 | ALLIED BUSINESS ACCOUNTS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ATTORNEY TERRY HOSS & | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CREDITOR SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | NCO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | PENTAGROUP FINANCIAL, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | ROCKFORD MERCANTILE AGENCY INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | ROCKFORD MERCANTILE AGENCY INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | ATTORNEY TERRY HOSS & | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | CLIFF W. CHAPPELL | 0.00 | 0.00 | 265.27 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 265.27 | 0.00 |
| 001 | WORLD FINANCIAL NETWORK NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | CONSUMER PORTFOLIO SERVICES | 6,815.00 | 6,815.00 | 6,815.00 | 665.25 |
| 003 | WFS FINANCIAL | 6,270.00 | 6,270.00 | 6,270.00 | 612.05 |
|  | Total Secured | 13,085.00 | 13,085.00 | 13,085.00 | 1,277.30 |
| 001 | WORLD FINANCIAL NETWORK NATIONAL BANK | 1,423.42 | 142.34 | 142.34 | 0.00 |
| 002 | CONSUMER PORTFOLIO SERVICES | 2,493.60 | 249.36 | 249.36 | 0.00 |
| 003 | WFS FINANCIAL | 2,548.40 | 254.84 | 254.84 | 0.00 |
| 004 | ACCOUNTS RECOVERY SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ROCKFORD MERCANTILE AGENCY INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CORNERSTONE CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | HOUSEHOLD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ATTORNEY TERRY HOSS & | 108.58 | 10.86 | 10.86 | 0.00 |
| 012 | KENNETH M. LUTSCH D.D.S. | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | OSF ST ANTHONY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ALLIED BUSINESS ACCOUNTS INC | 387.78 | 38.78 | 38.78 | 0.00 |
| 017 | ROCK VALLEY WOMENS HEALTH CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ROCKFORD HEALTH SYSTEMS/ | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | ROCKFORD HEALTH SYSTEMS/ | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | ROUNDUP FUNDING LLC | 232.35 | 23.24 | 23.24 | 0.00 |
| 024 | ACCOUNTS RECOVERY SERVICE | 898.47 | 89.85 | 89.85 | 0.00 |
| 025 | ROCKFORD HEALTH PHYSICIANS | 583.50 | 58.35 | 58.35 | 0.00 |
| 026 | ROUNDUP FUNDING LLC | 817.72 | 81.77 | 81.77 | 0.00 |
| 027 | CREDITORS PROTECTION SERVICE, INC | 1,156.78 | 115.68 | 115.68 | 0.00 |
|  | Total Unsecured | 10,650.60 | 1,065.07 | 1,065.07 | 0.00 |
|  | Grand Total: | 25,235.60 | 15,650.07 | 15,915.34 | 1,277.30 |

Total Paid Claimant:     $17,192.64
Trustee Allowance:       $1,187.36          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:     100.00          discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 11/24/2008                    By  /s/Heather M. Fagan